RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
NAVID AFSHAR
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Navid_Afshar@fd.org

Attorney for Julio Valenzuela

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00228-RFB-DJA-1 |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JULIO VALENZUELA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Navid Afshar, Assistant Federal Public Defender, counsel for Julio Valenzuela, that the Revocation Hearing currently scheduled on May 10, 2022, be vacated and continued to a date and time convenient to the Court, but no sooner than forty five (45) days.

This Stipulation is entered into for the following reasons:

1. Mr. Valenzuela has a State case with a hearing set for June 16, 2022 and would like to avoid incriminating himself in that case while presenting an argument for his revocation hearing.

2. The defendant is not in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 9th day of May, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By /s/ Navid Afshar<br>NAVID AFSHAR<br>Assistant Federal Public Defender | By /s/ Jared Grimmer<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIO VALENZUELA,<br><br>    Defendant. | Case No. 2:21-cr-00228-RFB-DJA-1<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Tuesday, May 10, 2022 at 10:00 a.m., be vacated and continued to July 5, 2022 at the hour of 11:00 a.m.; or to a time and date convenient to the court.

DATED this 9th day of May, 2022.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

3